[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-16742
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 26, 2005
THOMAS K. KAHN
CLERK

Agency Nos. 12-CA-22495, 12-CA-22544

NATIONAL LABOR RELATIONS BOARD,

                                                              Petitioner,

versus

KELLY BROTHERS SHEET METAL, INC.,

                                                              Respondent.

_____

Application for Enforcement of an Order of
the National Labor Relations Board

_____

(August 26, 2005)

Before BIRCH, BARKETT  and COX, Circuit Judges.

PER CURIAM:

        The National Labor Relations Board seeks enforcement of its decision and

order finding that Kelly Brothers Sheet Metal, Inc. engaged in unfair labor practices

in violation of sections 8(a)(1) and 8(a)(3) of the National Labor Relations Act, 29 U.S.C. §§ 158(a)(1) and 158(a)(3). We review the Board's decision to ensure that it is supported by substantial evidence on the record as a whole, and we give "special deference to the ALJ's credibility determinations, which will not be disturbed unless they are inherently unreasonable or self-contradictory." *NLRB v. McClain of Georgia, Inc.*, 138 F.3d 1418, 1422 (11th Cir. 1998).

Having considered the briefs, and relevant parts of the record, we find no reason to disturb the ALJ's credibility determinations. We hold that substantial evidence supports the Board's decision and order.

The Board's order is enforced in full.

ORDER ENFORCED.